JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 62.64 ACRES OF LAND, MORE OR ) <br> LESS, SITUATE IN SAN BERNARDINO ) <br> COUNTY, STATE OF CALIFORNIA; ) <br> AND TODD LAUNCHBAUGH AND ) <br> LAURA LAUNCHBAUGH, HUSBAND ) <br> AND WIFE, AS JOINT TENANTS, ) <br> DAVID T. SWOISH AND LINDA ) <br> SWOISH, HUSBAND AND WIFE, AS ) <br> JOINT TENANTS, REX SHAFFER AND ) <br> BETTIE SHAFFER, HUSBAND AND ) <br> WIFE, AS JOINT TENANTS, WILLIAM ) <br> BRATTON AND PAMELA BRATTON, ) <br> HUSBAND AND WIFE, AS JOINT ) <br> TENANTS, PATRICK TANCREDI, ) <br> REX SHAFFER AND BETTIE SHAFFER ) <br> AS TRUSTEES OF THE SHAFFER ) <br> FAMILY TRUST, SAN BERNARDINO ) <br> COUNTY TAX COLLECTOR, ROBERT ) <br> AND MARY CANTARERO, HUSBAND ) <br> AND WIFE, AS JOINT TENANTS, ) <br> S.W. HARRISON ENTERPRISES, INC., ) <br> AND SMTD CORPORATION, A ) <br> CALIFORNIA CORPORATION, et al., ) <br> ) <br> Defendants. ) | Case No. CV 12-3586-GW(OPx) <br><br> **ORDER ESTABLISHING JUST COMPENSATION, REQUIRING A SUPPLEMENTAL DEPOSIT OF JUST COMPENSATION, DISTRIBUTING FUNDS IN THE COURT REGISTRY, AND ENTERING FINAL JUDGMENT** |

Pursuant to the Joint Motion for Order Establishing Just Compensation, Requiring a Supplemental Deposit of Just Compensation, Distributing Funds in the Court Registry, and Entering Final Judgment filed by Plaintiff, United States of America, and Defendants, Todd Launchbaugh and Laura Launchbaugh, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The full just compensation payable by the Plaintiff for the taking of the property identified in the Complaint with Declaration of Taking filed herein, together with all

improvements thereon and appurtenances thereunto belonging, shall be the sum of $167,500.00, inclusive of interest and costs.

2. Judgment shall be and hereby is entered against the United States of America in the amount of $167,500.00.

3. Contemporaneously with the filing of this action Plaintiff deposited the amount of $94,000.00 into the Registry of the Court.

4. Plaintiff will deposit an additional $73,500.00 into the Registry of the Court within forty-two (42) days of the filing with the Court of disclaimers of interest by (a) all lien holders identified in the Third Amended Preliminary Report by Chicago Title Company dated as of May 1, 2012 and (b) all interested parties identified in the Complaint in Condemnation with Declaration of Taking, to include both the First Amended Complaint and Second Amended Complaint, who can reasonably be located and are specifically identified as follows:

   a. David T. Swoish and Linda Swoish, husband and wife, as joint tenants;
   b. Rex Shaffer and Bettie Shaffer, husband and wife, as joint tenants;
   c. William Bratton and Pamela Bratton, husband and wife, as joint tenants;
   d. Patrick Tancredi;
   e. Rex Shaffer and Bettie Shaffer as trustees of the Shaffer Family Trust;
   f. Robert and Mary Cantarero, husband and wife, as joint tenants.

5. The said sum of $167,500.00 shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the said lands and all appurtenances thereunto belonging.

6. The said sum of $167,500.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the said property at the time of vesting of title thereto in the United States of America and that all such liens, encumbrances and charges of whatsoever nature shall be payable and deductible from the said sum.

7. The Clerk of this Court shall, without further order of this Court, disburse the sum of $167,500.00, along with any interest earned thereon since deposit, payable to the order of Todd Launchbaugh and Laura Launchbaugh and forward the disbursal check to:

> Peter L. Wallin, Esq.
> Wallin, Kress, Reisman & Kranitz, LLP
> 2800 28th St., Suite 315
> Santa Monica, CA 90405

Upon making the disbursal, the Clerk shall file with the Court a notice of disbursal indicating the amount disbursed and the date of disbursal. The Clerk will provide to the undersigned counsel for the United States and counsel for Defendants Todd Launchbaugh and Laura Launchbaugh a certified copy of said notice of disbursal, without further order or request.

8. Defendants Todd Launchbaugh and Laura Launchbaugh have warranted that they were the sole owners of the subject property at the date of the taking, and that they have the exclusive right to the compensation herein, excepting the interests of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

9. In the event that any other party is ultimately determined by a Court of competent jurisdiction to have any right to receive compensation for the property taken in this case, Defendants Todd Launchbaugh and Laura Launchbaugh shall refund into the registry of the Court the compensation distributed herein, with interest thereon at the rate of 52-

week Treasury Bills, from the date of receipt of the deposit by defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of 40 U.S.C. § 3116.

10. Defendants Todd Launchbaugh and Laura Launchbaugh shall save and hold harmless the United States of America from all claims or liability resulting from any unrecorded leases affecting the subject property on the date of taking.

11. Parties shall be responsible for their own legal fees, costs and expenses (including attorneys' fees, consultant's fees, and any other expenses).

12. Plaintiff, United States of America, and Defendants, Todd Launchbaugh and Laura Launchbaugh, will take no appeal from any ruling or judgments made by this Court in this action.

DATED: March 29, 2013

_____
GEORGE H. WU, U.S. DISTRICT JUDGE